IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CAROL A. WILSON, et al., | |
| Plaintiffs, | Case No. 2:15-cv-2760 |
| v. | JUDGE ALGENON L. MARBLEY |
| ALL PHASE MASONRY AND CONSTRUCTION, LLC | Magistrate Judge Jolson |
| Defendant. | |

## ORDER

This matter comes before the Court on the Magistrate Judge's November 13, 2017 **Report and Recommendation** (ECF No. 43), which recommended that Plaintiff's Motion for Default Judgment (ECF No. 8) be granted.

The Report and Recommendation specifically advised the parties that the failure to object results in a waiver of the right to have the district judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. (ECF No. 43 at 2.) The parties have failed to file any objections, and the deadline for objections (November 27, 2017) has lapsed.

The Court hereby **ADOPTS** the Report and Recommendation based on the independent consideration of the analysis therein. The Motion for Default Judgment is **GRANTED**, and Judgment is entered in favor of the Plaintiffs and against Defendant as detailed in the Report and Recommendation. (ECF No. 43).

IT IS SO ORDERED.

                                                         s/ Algenon L. Marbley
                                                         ALGENON L. MARBLEY
                                                         UNITED STATES DISTRICT JUDGE

**DATED: December 12, 2017**